**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANTHONY RAY HARRIS                                                  Civil No. 07-2188 (JRT/RLE)

        Plaintiff,

v.                                                                                              **ORDER**

JESSICA SYMES, MIKE GREEN,
STEPHANIE HANSON, MONIO KEVIN,
BRIAN BRADLEY, AMY WINKEL,
JUSTIN RUTTEN, EVELYN BARBOSA,
JASON HILLS, SHAWN HARRINGTON,
ROBERT MARTIN, ERIN PERRY,
MATTHEW HUPPERT, PLUFF BRADLEY,
DELL STONE, DON WILSON, DR. PASKETITE,
and SCHROEDER,

        Defendants.

---

    Anthony Ray Harris, #200049, Minnesota Correctional Facility, 5329 Osgood Avenue North, Stillwater, MN 55082, plaintiff *pro se*

    Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated May 11, 2007, and for failure to prosecute.

    2.    That the Plaintiff's Application to proceed *in forma pauperis* [Docket No. 2] is denied, as moot.

DATED:   July 5, 2007                                  s/John R. Tunheim
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                                         United States District Judge